## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

WARREN SKILLERN,                          :

       Plaintiff,                        :

    vs.                                   :          CIVIL ACTION NO.: CV606-006

Deputy Warden PAUL,                       :

       Defendant.                        :

## O R D E R

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Plaintiff filed Objections. In his Objections, Plaintiff asserts that the Magistrate Judge's Report should be rejected because he is in imminent danger. Plaintiff requests leave of court to append an exhibit that he is currently not receiving his heart medicine as prescribed.

Plaintiff's Objections are without merit. Plaintiff qualifies as a "three striker" under 28 U.S.C. § 1915(g) and has not sufficiently demonstrated an imminent danger which would allow him to file his case *in forma pauperis.* The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _17_ day of _February_, 2006.

B/AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)