IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,                          :

      Plaintiff,                          :

vs.                                       :           CIVIL ACTION NO.: CV606-006

Deputy Warden PAUL,                       :

      Defendant.                          :

## ORDER

    As this case is on appeal in the Eleventh Circuit Court of Appeals, this court is

without jurisdiction to consider Plaintiff's "Motion for the Court to set the Record Straight,

with Request for Extension of Time to Appeal." Said motion is **dismissed**.

    **SO ORDERED**, this 30th day of March, 2006.

                        JAMES E. GRAHAM
                        UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)